**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) | No. 2:17-CV-1359-DCN-BM |
| Plaintiff, | ) | |
| vs. | ) ) | |
| NEHEMIAH BRYANT, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ANSWERS TO LOCAL RULE 26.01 COURT ORDERED INTERROGATORIES

COMES NOW the Plaintiff, Branch Banking and Trust Company, (hereinafter referred to as "BB&T" or "Plaintiff"), by and through his undersigned counsel of record, hereby submits his responses to interrogatories as required by Civil Local Rule 26.01, and states as follows:

**A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**ANSWER:** None.

**B. As to each claim, state whether it should be tried jury or non-jury and why.**

**ANSWER:** The underlying action which Defendant has "removed" is one of foreclosure which was handled non-jury by the Berkeley County (South Carolina) Master In Equity.

**C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned**

1

company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** BB&T is not a publicly owned company. BB&T is a wholly owned subsidiary of BB&T Corporation and other than BB&T Corporation, no publicly owned company owns ten (10%) percent or more of BB&T. BB&T does not own ten (10%) percent or more of the outstanding shares of any publicly owned company.

D. **State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).** *See,* **Local Civil Rule 3.01.**

**ANSWER:** This matter is not properly within the District Court, but to the extent actions arising in Berkeley County, South Carolina should be assigned to a division, such assignment to the Charleston Division is proper.

E. **Is this action related in whole or in part to any other matter filed in this District whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which** *may be* **related regardless of whether they are still pending. Whether cases** *are* **related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

**ANSWER:** This matter is not related to any other matter filed in United States District Court.

Executed this 14th day of June, 2017 at Columbia, South Carolina.

By:     s/Jonathan M. Milling
Jonathan M. Milling (Fed. ID No. 7754)
MILLING LAW FIRM, LLC
2910 Devine Street
Columbia, SC 29205
Tel: 803-451-7700
jmm@millinglaw.net
Attorney for Plaintiff, Branch Banking and Trust Company